IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                                          25-CR-142-LJV

MIGUEL ANGEL GUEVARA-MURILLO,

Defendant.

## STATEMENT OF THE GOVERNMENT
## WITH RESPECT TO SENTENCING FACTORS

**PLEASE TAKE NOTICE** that the government adopts the findings of the Presentence Report.

If the defendant presents any letters of support or sentencing statement to the Court, the government will move to strike the items from the record if the government is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

The government requests that the Court order that all financial obligations be due immediately.   In the event the defendant lacks the ability to immediately pay the financial obligations in full, the government requests that the Court set a schedule for payment of the obligations.

If present counsel for the defendant will continue to represent the defendant after sentencing in regard to the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

Asset Recovery Division
U.S. Attorney's Office WDNY
138 Delaware Avenue
Buffalo, New York 14202

If a letter is not received within ten days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

DATED:   Buffalo, New York, April 2, 2026.

MICHAEL DIGIACOMO
United States Attorney

BY:    */S/ CHARLES M. KRULY*
       CHARLES M. KRULY
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716-843-5838
       Charles.Kruly@usdoj.gov

2