UNITED STATES DISTRICT COURT for the
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

MIGUEL ANGEL GUEVARA-MURILLO,

                Defendant.

DEFENDANT GUEVARA-MURRILLO's
STATEMENT WITH RESPECT TO
SENTENCING FACTORS

Case no.: 25-cr-142

I.      Introduction:

Defendant MIGUEL ANGEL GUEVARA-MURILLO submits this Statement With

Respect to Sentencing Factors regarding the Presentence Investigation Report (dated April 1,

2026) (the "PSR"), in advance of his sentencing currently scheduled for May 18, 2026.

II.     Objections to the PSR:

MIGUEL ANGEL GUEVARA-MURILLO states that his address in East Hampton, New

York was 1013 Harbor Boulevard.

MIGUEL ANGEL GUEVARA-MURILLO states that he continues to contest the charges

in paragraph 27 of the report and will be working with a lawyer in Colombia to further clear that

matter up.

MIGUEL ANGEL GUEVARA-MURILLO states that it is his sister Natalie who resides

and has dual citizenship with Australia.

MIGUEL ANGEL GUEVARA-MURILLO raises no other objections to the complete and

thorough PSR.

MIGUEL ANGEL GUEVARA-MURILLO asks the Court to consider the following in connection with his sentence:

Exhibit A - a letter of support from his father

Exhibit B - a letter of support from his mother

Exhibit C - a letter of support from a friend

Exhibit D - his diplomas

Exhibit E - self improvement certificates, completed while in custody

Exhibit F - more recent self improvement certificates, completed while in custody

III.     Conclusion and Sentence Request:

MIGUEL ANGEL GUEVARA-MURILLO requests that the Court a sentence of time served.

Dated: April 11, 2026                              /s/Barry J. Donohue
                                                   Barry J. Donohue
                                                   Attorney for defendant
                                                   77 Broad Street
                                                   Tonawanda, New York 14150
                                                   (716) 693-0359

                                                   barry@donohuelaw.com

To: Charles Kruly, AUSA
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5838
e-mail: charles.kruly@usdoj.gov

Tina Blackman
US Probation
US Courthouse
Buffalo, New York 14202
(716) 362-5234
Tina_blackman@nywp.uscourts.gov